UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RENE ESTEVEZ,<br>Plaintiff,<br>v.<br>SANOJ DHAMINDRANATH, et al.,<br>Defendants. | Case No. 19-cv-04461-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Victor Rene Estevez filed the complaint in this case on August 1, 2019. Mr. Estevez has applied twice for entry of default, but the requests have been denied due to improper service of the complaint. *See* Docket Nos. 11, 17. Therefore, it appears that the summons and complaint have not yet been served on Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 120 days after the complaint is filed. Accordingly, Mr. Estevez is hereby ORDERED to show cause in writing by no later than **February 5, 2020** why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants.

The court refers Mr. Estevez to the section "Representing Yourself" on the Court's website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties. In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. In Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED.**

Dated: January 22, 2020

DONNA M. RYU
United States Magistrate Judge